No. 92–1251. ZIMMERMAN v. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY OF MILWAUKEE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1325. ZAWROTNY, PERSONAL REPRESENTATIVE OF THE ESTATE OF BALLARD, DECEASED v. BREWER. C. A. 10th Cir. Certiorari denied.

No. 92–5339. WOODARDS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5421. THOMPSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–5534. HALL ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6624. NICHOLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6653. FREEMAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–6664. THAKKAR v. DEBEVOISE. C. A. 3d Cir. Certiorari denied.

No. 92–6679. TATE v. MANTLE ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 92–6703. ROGERS v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 92–6796. ZOOK v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 92–6809. PROWS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6864. PATINO-ROJAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6878. BURTON v. CITY OF YOUNGSTOWN ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–6911. GALLOWAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.